BAKER WHISNANT v. ESTHER DRAUGHON, as Clerk of the Circuit Court of Lee County, Florida.

176 So. 564.
Division A.
Opinion Filed October 7, 1937.

*F. Lynn Gerald,* for Appellant;
*Henderson & Franklin,* for Appellee.

PER CURIAM.—This appeal is from a final decree dismissing a bill of complaint which attempted to effectuate the same purpose as the bill in James Messer v. Paul V. Lang, as Clerk of the Circuit Court, *et al.,* decided this date. The pleadings and the questions raised in the two cases are identical.

The judgment below is accordingly affirmed on authority of the last cited case.

Affirmed.

TERRELL, BROWN, BUFORD and CHAPMAN, J. J., concur.

ELLIS, C. J., dissents.